**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Geneva W. Colbert v. Pinnacle on Wilcrest Senior Community

Appellate case number:      01-18-01135-CV

Trial court case number:      1120275

Trial court:      County Civil Court at Law No. 2 of Harris County

Appellant, Geneva W. Colbert, has filed a motion to extend the time to file a brief to May 27, 2019. We grant the motion in part.

Appellant's brief is due to be filed no later than **May 2, 2019**. *See* TEX. R. APP. P. 38.6(d). **No further extensions will be granted.**

.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
         ☑ Acting individually    ☐ Acting for the Court

Date: __March 5, 2019__